# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CAROLINE MCCULLOUGH | ) |
|       Plaintiff, | ) |
| | ) |
| vs. | ) Civil Action No. 20-CV-979 |
| | ) Judge Conner |
| WELLSPAN YORK HOSPITAL | ) |
| AND TANYA HAUGH | ) |
|       Defendants. | ) |

_____

## JOINT STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Caroline McCullough and Defendant Wellspan York Hospital and Tanya Haugh constituting all of the parties of record in the above-captioned action, by and through their undersigned counsel, hereby stipulate and agree to the dismissal of the action in its entirety and with prejudice. Plaintiff and Defendants will bear their own attorney's fees and costs.

Respectfully submitted this 20th day of April 2021.

| **DONHAM LAW** | **BARLEY SNYDER** |
|---|---|
| /s/ Jeremy A. Donham | /s/ Jennifer Craighead Carey, Esquire |
| Jeremy A. Donham, Esq. #206980 | Jennifer Craighead Carey #69105 |
| PO Box 487 Dellslow, WV 26531 | BARLEY SNYDER |
| Phone: 717.881.7855 | 126 E King Street |
| Fax: 888.370.5177 | Lancaster, PA 17602 |
| j.donham@donhamlaw.com | jcraighead@barley.com |
| *Attorney for Plaintiff* | *Attorney for Defendants* |